CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 10 2016

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 5:10-cr-00016 |
| v. | ORDER |
| EVERETT CORNELIUS KAYMORE, Petitioner. | By: Hon. Michael F. Urbanski United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

### ORDERED

that the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 171) is **DISMISSED** without prejudice as successive, a certificate of appealability is **DENIED**, and the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record for the United States.

ENTER: This 9th day of August, 2016.

/s/ Michael F. Urbanski
United States District Judge